# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Old Republic Insurance Company

                         Plaintiff,

v.                                                         Case No.: 3:23−cv−50401

                                                                Honorable Iain D. Johnston

M.A. Mortenson Company, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 14, 2023:

      MINUTE entry before the Honorable Iain D. Johnston: Before the Court is the plaintiff's motion to voluntarily dismiss under Fed. R. Civ. P. 41(a)(1)(A)(i). No defendant has answered or moved for summary judgment, and therefore the motion for voluntary dismissal [6] is granted and the case is dismissed without prejudice. Civil case terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.